1  SEAN P. GATES (CA SBN 186247)
   SGates@mofo.com
2  GIANCARLO UREY (CA SBN 267069)
   GUrey@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street
4  Los Angeles, California  90013-1024
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454          JS-6

6  Attorneys for Defendant(s)
   JPMORGAN CHASE BANK, N.A., an acquirer of
7  certain assets and liabilities of Washington Mutual
   Bank from the FDIC, acting as receiver AND EMC
8  MORTGAGE CORP.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| MARGARET IENG, an individual, | Case No. EDCV10-1921 R(DTBx) |
| Plaintiff, | **Honorable Manuel L. Real** |
| v. | **ORDER DISMISSING PLAINTIFF'S COMPLAINT** |
| Long Beach Mortgage Corp., Washington Mutual Bank, EMC Mortgage Corp., Quality Loan Service Corp., and DOES 1 through 100, inclusive,, | |
| Defendant(s). | |

[PROPOSED] ORDER
CASE NO. EDCV10-1921 R(DTBX)

WHEREAS Defendants JPMorgan Chase Bank, N.A. an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC, acting as receiver and EMC Mortgage Corp., filed a motion to dismiss the complaint, which is noticed for hearing on Monday, February 28, 2011;

WHEREAS Plaintiff Margaret Ieng filed her opposition on Tuesday, February 22, 2011;

WHEREAS the parties have agreed to dismissal of this action;

IT IS HEREBY ORDERED that Plaintiff's claim for violation of the Truth in Lending Act (claim 1), her claim for violation of the Real Estate Settlement Procedures Act (claim 2), and her claim to Set Aside Trustee's Sale (claim 4) are dismissed with prejudice. Plaintiff's claim for Fraud (claim 3) is dismissed without prejudice and Plaintiff shall have until March 28, 2011 to refile her claim for Fraud in state court.

Dated: _Feb. 28, 2011_

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE

la-1112986

[PROPOSED] ORDER
CASE NO. EDCV10-1921 R(DTBX)

1